UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-CV-22393-SCOLA

BARROCOS OF FLORIDA, INC.,

    Plaintiff,

vs.

JOHN GILBERT ELMASSIAN,

    Defendant,

and

JOHN GILBERT ELMASSIAN
d/b/a CHARMING SILVER,

    Third-Party Plaintiff,

vs.

HENG LEE PEARL COMPANY, LTD,
d/b/a AUDREY,

    Third-Party Defendant.
_____/

## ORDER GRANTING MOTION TO COMPEL

THIS MATTER is before the Court on the Motion to Compel Third-Party Defendant Heng Lee Pearl to Respond to Plaintiff's First and Second Requests for Production of Documents [ECF No. 86], filed by Plaintiff Barrocos of Florida, Inc. ("Barrocos"). Barrocos seeks to immediately compel the production of outstanding document requests from Third-Party Defendant Heng Lee Pearl Company, Ltd. ("Heng Lee"), now that the Court has found personal jurisdiction over Heng Lee and has allowed the deposition of Heng Lee's Rule 30(b)(6) representative to proceed in Florida as soon as May 14, 2012.

While the Court recognizes that the discovery requests have been outstanding for some time, the Court also recognizes that Heng Lee was awaiting the Court's ruling as to personal jurisdiction. In addition, the requests appear voluminous and may take some time to prepare. The Court remains mindful of the approaching discovery deadline, however.

Therefore, to balance these interests, the Court orders Heng Lee to respond to Barrocos's outstanding discovery requests by **May 18, 2012 at noon**. Heng Lee shall also respond to any and all other overdue, outstanding discovery requests, whether from Barrocos or Charming Silver, no later than May 18, 2012. Barrocos is free to proceed with the deposition of Heng Lee's Rule 30(b)(6) witness as soon as May 14, 2012, as the Court previously allowed. Of course, Barrocos may wait until the outstanding discovery is received on May 18, 2012 before proceeding with the deposition, if it deems doing so advantageous.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Motion to Compel is **GRANTED**, on the terms set forth above.

**DONE and ORDERED** in chambers at Miami, Florida on May 11, 2012.

ROBERT N. SCOLA, JR.
**UNITED STATES DISTRICT JUDGE**

*Copies to:*
Designated U.S. Magistrate Judge
Counsel of record